**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG, S.A., | § § § § § § § § § § § § § | |
| | | **JURY TRIAL DEMANDED** |
| v. | | |
| | | |
| CORBIS CORPORATION, | | Case No.: 6:13-cv-00942 (LEAD) |
| GETTY IMAGES (US), INC. | | Case No.: 6:13-cv-00943 |
| ISTOCKPHOTO LP | | Case No.: 6:13-cv-00944 |
| SS SPV LLC | | Case No.: 6:13-cv-00946 |
| ENVATO PTY LTD. | | Case No.: 6:13-cv-00947 |
| FOTOLIA LLC | | Case No.: 6:13-cv-00948 |
| PHOTOSHELTER, INC. | | Case No.: 6:13-cv-00949 |
| ALAMY LIMITED ET AL. | | Case No.: 6:13-cv-00168 |
| VECTORSTOCK MEDIA LIMITED | | Case No.: 6:13-cv-00951 |

**ORDER**

The Court has considered the parties' Joint Stipulation of Dismissal of Defendant SS SPV LLC ("Stipulation") and is of the opinion that the Stipulation should be GRANTED.

Accordingly, it is ORDERED that

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. and Defendant SS SPV LLC shall each bear their own attorney's fees, expenses and costs.

3. Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A.'s complaint as to Photoshelter, Inc. and VectorStock Media Ltd. are not impacted by this stipulation and dismissal.

So ORDERED and SIGNED this 8th day of May, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE